UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :
GLORIA VASQUEZ-CLANTON,                    :

                            Plaintiff,                     :
                                                     :               25 Civ. 7977 (JPC)
            -v-                                         :
                                                     :               <u>ORDER OF DISMISSAL</u>
PEP BOYS – MANNY, MOE & JACK OF DELAWARE :
INC.,                                                       :
                                                     :
                            Defendant.              :
                                                     :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is ordered that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days of this Order in the event the settlement agreement is not completed and executed. Any such application filed after sixty days from the date of this Order may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any pending motions are moot. All conferences are canceled. The Clerk of Court is respectfully directed to close the case.

       SO ORDERED.

Dated: October 23, 2025
        New York, New York                                  JOHN P. CRONAN
                                                                  United States District Judge